**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES NEWMAN SECTION 1983 CLAIMS | No. C 06-04005 JW (PR)<br><br>ORDER TO SHOW CAUSE |

    Plaintiff, a California inmate, has filed a series of pro se civil rights complaint pursuant to 42 U.S.C. § 1983. One June 12, 2007, the Court ordered all of the cases consolidated and entitled "In re Charles Newman Section 1983 Claims" and assigned Case No. C 06-04005 JW (PR).

    With respect to this now-consolidated action, plaintiff has not paid the filing fee and appears to be ineligible for pauper status. Accordingly, this suit is subject to dismissal for the reasons set forth below.

    The Prison Litigation Reform Act of 1995 ("PLRA") was enacted, and became effective, on April 26, 1996. It provides that a prisoner may not bring a civil

Order to Show Cause
N:\Pro - Se\6.26.2007\06-04005 Newman04005_osc1915.wpd

1    action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more
2    prior occasions, while incarcerated or detained in any facility, brought an action or
3    appeal in a court of the United States that was dismissed on the grounds that it is
4    frivolous, malicious, or fails to state a claim upon which relief may be granted,
5    unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C.
6    § 1915(g). Section 1915(g) requires that this court consider prisoner actions
7    dismissed before, as well as after, the statute's 1996 enactment. Tierney v. Kupers,
8    128 F.3d 1310, 1311-12 (9th Cir. 1997).

9        For purposes of a dismissal that may be counted under § 1915(g), the phrase
10   "fails to state a claim on which relief may be granted" parallels the language of
11   Federal Rule of Civil Procedure 12(b)(6) and carries the same interpretation, the
12   word "frivolous" refers to a case that is "of little weight or importance: having no
13   basis in law or fact," and the word "malicious" refers to a case "failed with the
14   'intention or desire to harm another.'" Andrews v. King, 398 F.3d 1113, 1121 (9th
15   Cir. 2005) (citation omitted). Only cases within one of these three categories can be
16   counted as strikes for § 1915(g) purposes. See id. Dismissal of an action under §
17   1915(g) should only occur when, "after careful evaluation of the order dismissing an
18   [earlier] action, and other relevant information, the district court determines that the
19   action was dismissed because it was frivolous, malicious or failed to state a claim."
20   Id.

21       Andrews requires that the prisoner be given notice of the potential
22   applicability of § 1915(g), by either the district court or the defendants, but also
23   requires the prisoner to bear the ultimate burden of persuasion that § 1915(g) does
24   not bar pauper status for him. Id. Andrews implicitly allows the court to sua sponte
25   raise the § 1915(g) problem, but requires the court to notify the prisoner of the
26   earlier dismissals it considers to support a § 1915(g) dismissal and allow the prisoner

Order to Show Cause
28   N:\Pro - Se\6.26.2007\06-04005 Newman04005_osc1915.wpd     2

United States District Court
For the Northern District of California

an opportunity to be heard on the matter before dismissing the action. See id. at 1120. A dismissal under § 1915(g) means that a prisoner cannot proceed with his action as a pauper under § 1915(g), but he still may pursue his claims if he pays the full filing fee at the outset of the action.

A review of the dismissal orders in plaintiff's prior prisoner actions reveals that plaintiff has had at least three such cases dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. Plaintiff is now given notice that the court believes the following dismissals may be counted as dismissals for purposes of § 1915(g): (1) Newman v. Jensen, No. 96-CV-1905-UA (C.D. Cal. Mar. 18, 1996) (denying leave to proceed in forma pauperis and dismissing case as frivolous under 28 U.S.C. § 1915(d)); (2) Newman v. Jensen, 127 F.3d 1105 (unpublished disposition) (9th Cir. 1997) (dismissing the appeal for failure to state a claim upon which relief may be granted); (3) Newman v. Villa, No. 00-CV-1407-W-JFS (S.D. Cal. Aug. 1, 2000 & Sept. 11, 2000) (dismissing complaints under 28 U.S.C. § 1915(e)(2) for failing to state a claim); and (4) Newman v. Gonzalez, No. 00-CV-1556-L-LSP (S.D. Cal. Sept. 5, 2000 & Nov. 16, 2000) (dismissing complaints under 28 U.S.C. § 1915(e)(2) for failing to state a claim). Plaintiff therefore may proceed in forma pauperis only if he is seeking relief from a danger of serious physical injury which is "imminent" at the time of filing. See Abdul-Akbar v. McKelvie, 239 F.3d 307, 312 (3d Cir. 2001) (en banc); Medberry v. Butler, 185 F.3d 1189, 1192-93 (11th Cir. 1999); Ashley v. Dilworth, 147 F.3d 715, 717 (8th Cir. 1998); Banos v. O'Guin, 144 F.3d 883, 885 (5th Cir. 1998).

In light of these dismissals, and because plaintiff does not appear to be under imminent danger of serious physical injury, the court now orders plaintiff to SHOW CAUSE why this action should not be dismissed pursuant to 28 U.S.C. § 1915(g).

Order to Show Cause
N:\Pro - Se\6.26.2007\06-04005 Newman04005_osc1915.wpd    3

Plaintiff's response to this order to show cause is due no later than **July 31, 2007**. The response must clearly be labeled "RESPONSE TO ORDER TO SHOW CAUSE."

Although the court has listed four dismissals, only three prior dismissals need to qualify under § 1915(g).  In the alternative to showing cause why this action should not be dismissed, plaintiff may avoid dismissal by paying the full filing fee by the deadline.

**FAILURE TO FILE A RESPONSE BY JULY 31, 2007 OR FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PLAINTIFF**.

DATED:   June 19 2007

JAMES WARE
United States District Judge

Order to Show Cause
N:\Pro - Se\6.26.2007\06-04005 Newman04005_osc1915.wpd    4